BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00380 AWI |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR RESTITUTION |
| v. | |
| DARREN RUSSELL HUFFMAN, | |
| Defendant. | |

Pursuant to the Court's findings and instructions on January 28, 2013, the United States hereby applies for an order requiring the defendant Darren Russell Huffman to pay restitution, jointly and severally, to victim(s) in the above-captioned case in the amount of $4,623.86.

///
///
///
///
///
///
///

Application/Order for Restitution                                   1

Dated: February 6, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                                 /s/ Grant B. Rabenn
                                GRANT B. RABENN
                                Assistant U.S. Attorney

**ORDER**

It is Hereby Ordered that the defendant Darren Russell Huffman to pay restitution, jointly and severally, to victim(s) in the above-captioned case in the amount of $4,623.86.

IT IS SO ORDERED.

Dated: February 7, 2013                    _____
                                           SENIOR DISTRICT JUDGE